Joseph J. Tabacco, Jr. (SBN 75484)
Todd A. Seaver (SBN 271067)
Jessica Moy (SBN 272941)
Sarah Khorasanee McGrath (SBN 263935)
**BERMAN TABACCO**
44 Montgomery Street, Suite 650
San Francisco, CA  94104
Tel.: (415) 433-3200
Fax: (415) 433-6382
Email: jtabacco@bermantabacco.com
         tseaver@bermantabacco.com
         jmoy@bermantabacco.com
         smcgrath@bermantabacco.com

*Attorneys for Plaintiffs*

[Additional Counsel on Signature Page]

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CAMBRIDGE CAPITAL CORPORATION, on behalf of themselves and others similarly situated;<br><br>        Plaintiffs,<br>v.<br><br>MURATA MANUFACTURING CO., LTD.; MURATA ELECTRONICS NORTH AMERICA, INC.; PANASONIC CORPORATION; PANASONIC CORPORATION OF NORTH AMERICA; PANASONIC INDUSTRIAL DEVICES CORPORATION OF AMERICA; SUMIDA CORPORATION; SUMIDA ELECTRIC CO., LTD.; SUMIDA AMERICA COMPONENTS, INC.; TAIYO YUDEN CO., LTD.; TAIYO YUDEN (U.S.A.) INC.; TDK CORPORATION; TDK-EPC CORPORATION; TDK CORPORATION OF AMERICA, and TDK U.S.A. CORPORATION;<br><br>        Defendants. | Case No.<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15** |

1    Pursuant to Civil L.R. 3-15, the undersigned certifies that as of this date, other than the
2    named parties, there is no such interest to report.

3

4    DATED: January 31, 2018                    **BERMAN TABACCO**

5

6                                               By:  */s/ Todd A. Seaver*
                                                        Todd A. Seaver
7

8                                               Joseph J. Tabacco, Jr.
                                                Jessica Moy
                                                Sarah Khorasanee McGrath
9                                               44 Montgomery Street, Suite 650
                                                San Francisco, CA  94104
10                                              Tel.: (415) 433-3200
                                                Fax: (415) 433-6382
11                                              Email: jtabacco@bermantabacco.com
                                                        tseaver@bermantabacco.com
12                                                      jmoy@bermantabacco.com
                                                        smcgrath@bermantabacco.com
13
                                                Marc Greenspon (*pro hac vice* to be filed)
14                                              One Liberty Square
                                                Boston, MA 02109
15                                              Telephone: (617) 542-8300
                                                Facsimile:  (617) 542-1194
16                                              Email: mgreenspon@bermantabacco.com

17                                              *Attorneys for Plaintiff Cambridge Capital*
                                                *Corporation*
18
                                                Vincent Briganti (*pro hac vice* to be filed)
19                                              Barbara Hart (*pro hac vice* to be filed)
                                                **LOWEY DANNENBERG P.C**.
20                                              White Plains Plaza
                                                44 South Broadway, Suite 1100
21                                              White Plains, NY 10601
                                                Telephone: (914) 997-0500
22                                              Facsimile:  (914) 997-0035
                                                Email: vbriganti@lowey.com
23                                                      bhart@lowey.com

24
                                                Brian Murray (*pro hac vice* to be filed)
25                                              Lee Albert (*pro hac vice* to be filed)
                                                **GLANCY PRONGAY & MURRAY**
26                                              230 Park Avenue, Suite 530
                                                New York, NY 10169
27                                              Telephone: (212) 682-5340
                                                Facsimile:  (212) 884-0988
28                                              Email: bmurray@glancylaw.com

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS PURSUANT TO CIVIL LOCAL RULE 3-15    1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

lalbert@glancylaw.com

*Additional attorneys for Plaintiff Cambridge Capital Corporation*